DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADIR SHOSHAN,**
Appellant,

v.

**ST. JOHNS INSURANCE COMPANY, INC.,**
as subrogate of **SAHAR SHOSHAN** and **GAD SHOSHAN,**
Appellees.

No. 4D2024-0047

[August 29, 2024]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE22-007802.

Aylin Morales of Levy & Partners, PLLC, Hollywood, for appellant.

Tyler D. Brown of Brown Law Firm, PL, Lake Mary, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***